```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
POH LIN ANG, CAROLINA RODRIGUEZ, and     :
LIN PING ANG,                            :
                        Plaintiffs,      :
                                         :
            -v-                          :    09 Civ. 7137 (DLC)
                                         :
FIFTH ON THE PARK CONDO, LLC,            :
EYTAN BENYANIN, and ROBERT EZRAPOUR,     :
                        Defendants.      :
                                         :
---------------------------------------- X
                                         :
JKP, LLC,                                :
                        Plaintiff,       :
                                         :
            -v-                          :    09 Civ. 7148 (DLC)
                                         :
FIFTH ON THE PARK CONDO, LLC,            :
                        Defendant.       :
                                         :
---------------------------------------- X    OPINION & ORDER
                                         :
G. WILLIAM HUNTER and ROBYN HUNTER,      :
                        Plaintiffs,      :
                                         :
            -v-                          :    09 Civ. 7567 (DLC)
                                         :
FIFTH ON THE PARK CONDO, LLC,            :
EYTAN BENYANIN, and ROBERT EZRAPOUR,     :
                        Defendants.      :
                                         :
---------------------------------------- X
                                         :
DAVID BARSTOW, BRIAN SMITH, and          :
JOHN MCATEER,                            :
                        Plaintiffs,      :
                                         :
            -v-                          :    09 Civ. 7786 (DLC)
                                         :
FIFTH ON THE PARK CONDO, LLC,            :
EYTAN BENYANIN, and ROBERT EZRAPOUR,     :
                        Defendants.      :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/10

DENISE COTE, District Judge:

For the reasons stated in the January 29, 2010 Opinion in the related actions 09 Civ. 4651 and 09 Civ. 6433, it is hereby

ORDERED that plaintiffs in each of the above-captioned actions must show cause by **February 12, 2010**, why their claims should not be dismissed. Plaintiffs in each action may submit a letter brief of no more than five (5) pages in length, or plaintiffs in all four actions may collectively submit a joint letter brief of no more than ten (10) pages. Defendants' reply, if any, shall be no more than five (5) pages in length, and must be submitted by **February 19, 2010**. Each party shall supply the Court with two (2) copies of its submission.

SO ORDERED:

Dated:   New York, New York
         January 29, 2010

<pre>                              /s/ Denise Cote
                         _____
                              DENISE COTE
                         United States District Judge</pre>