# WILENTZ GOLDMAN &SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3901
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
215.940.4000
Fax 215.636.3999

website: www.wilentz.com

DAVID T. WILENTZ (1894-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MORRIS BROWN
FREDERIC K. BECKER
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
BARRY M. EPSTEIN[2,10]
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN<*
JAMES E. TRABILSY
MAUREEN S. BINETTI<
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT<
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
EDWIN LEAVITT-GRUBERGER[2]
BRUCE M. KLEINMAN[2,5]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

JESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,4,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE†
DONALD E. TAYLOR[3]
BARRY R. SUGARMAN[2]
BRETT R. HARRIS[2,5]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2]
MATTHEW M. WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2,□]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[2,4]
JOHN M. CANTALUPO[2]
BARBARA G. QUACKENBOS[2]
DAVID P. PEPE
JOHN E. HOGAN[2]

OF COUNSEL
ROBERT A. PETITO
HAROLD G. SMITH
ALAN B. HANDLER[5]
MYRON ROSNER[2]
R. BENJAMIN COHEN

COUNSEL
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES P. LUNDY[2,3]
JAMES E. TONREY, JR.[2]

DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER[2]
BARBARA J. KOONZ[2]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI[11,12]

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
ELIZABETH C. DELL[2]
KELLY A. ERHARDT-WOJIE[3]
FRANCINE E. TAJFEL[2]
ALBERTINA WEBB[2]
JOHN P. MURDOCH II
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[29]
GREGORY D. SHAFFER[2]<
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
DANIEL R. LAPINSKI[2]
MICHAEL F. FRIED[2]
MICHELE C. LEFKOWITZ[2]
DASHIKA R. WELLINGTON[3]
ROBERT L. SELVERS[3]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
VINCENT CHENG[2]
MICHAEL J. WEISSLITZ
JONATHAN M. BUSCH[5]
JAMIE M. BENNETT[2]
MARCELLO DE PERALTA[1,2]
KEITH L. HOVEY[2]

JOSEPH J. RUSSELL, JR.[2]
JON S. POLEVOY
EMILY D. VAIL[24]
CHERYL E. CONNORS
CHAD B. SIMON[2]
ANTHONY WILKINSON[2]
DENIZA G. GERTSBERG[2]
JAY B. FELDMAN[2]
LOUIS A. GREENFIELD[2]
JULIA A. LOPÉZ[2]
AMY HERBOLD
ERIC I. BUEIDE[2]
DARRON E. BERQUIST[1,2]
DOUGLAS M. SILVESTRO
DANIEL J. KLUSKA
KARIN K. SAGE
MICHAEL L. GALVIN
SATISH V. POONDI
ERICA A. RODRIGUEZ
CARRIE S. FORD
RACHEL M. COLANCECCO[3]
VICTORIA HWANG-MURPHY
GLENN P. PRIVES
ANNEMARIE C. TERZANO[3]

< Certified Civil Trial Attorney
□Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist
  Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

February 23, 2010

Please reply to:
Woodbridge
Direct Dial: (732) 855-6026
Direct Fax: (732) 726-6639
Email: lweiner@wilentz.com

**VIA ECF**
Honorable Denise Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1040
New York, NY 10007

   Re: David Barstow, Brian Smith and John McAteer
      v. Fifth on the Park Condo, LLC, et al.
      Civil Action No: 09cv7786 (DLC)

      Poh Lin Ang, Lin Ping Ang and Carolina Rodriguez
      v. Fifth on the Park Condo, LLC, et al.
      Civil Action No: 09cv7137 (DLC)

      G. William Hunter and Robyn Hunter
      v. Fifth on the Park Condo, LLC, et al.
      Civil Action No: 09cv7567

Dear Judge Cote:

  This firm represents all of the Plaintiffs in the above-captioned matters.

  Please accept this letter in response to Your Honor's Order to Show Cause dated January 29, 2010 as to why the above-referenced actions should not be dismissed as a result of the Court's recent Decision and Order in the related <u>Bodansky</u> (09 Civ. 4651) and <u>Bergen</u> (09 Civ. 6433) matters.

#3259738 (153642.001)


**WILENTZ GOLDMAN & SPITZER**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

Honorable Denise Cote, U.S.D.J.
February 23, 2010
Page 2

    Plaintiffs in the Bodansky and Bergen matters have filed Notices of Appeal of the Court's Decision and Order dated January 29, 2010, and resulting judgment entered on January 30, 2010. Copies of the filed Notices of Appeal are annexed hereto as Exhibit A.

    The plaintiffs in the Barstow (09-cv-7786), Ang (09-cv-7137), and Hunter (09-cv-7567) matters still pending before your Honor respectfully submit that the most efficient and economic course of action would be to maintain the stay of proceedings in these cases, pending the outcome of the Bodansky and Bergen appeals. If your Honor's Decision and Order is affirmed and there are no further appellate proceedings, then the Court could dismiss these pending actions at that time; however, in the event that the Court of Appeals reverses the decisions in Bodansky and Bergen, staying the matters would save all parties the additional and unnecessary time and expense of re-filing and docketing the actions as well as responding to "renewed" pleadings in the dismissed actions.

    Thank you for your courtesies.

Respectfully,

LAWRENCE C. WEINER

LCW:ar
Encls.

cc: Daniel A. Ross, Esq. (via Email & Reg. Mail)
    Paul J. Hanley, Jr., Esq. (via Email & Reg. Mail)
    Sandra June Rampersaud Esq. (via Email)
    Clients (via Email)

#3259738 (153642.001)

**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
732-636-8000
*Attorneys for Plaintiffs*
Lawrence C. Weiner, Esq. (LW-1492)
Alan Wasserman, Esq. (AW-3667)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
LOLA BODANSKY,                              : No. 09 CV 4651 (DLC)

        Plaintiff,                                     :

v.                                                          : NOTICE OF APPEAL

FIFTH ON THE PARK CONDO, LLC   :
EYTAN BENYANIN and                        :
ROBERT EZRAPOUR,                          :

        Defendants.                                :
-----------------------------------------------------------X
STEVE BERGEN and LYNNE          : No. 09 CV 6433 (DLC)
SCHALMAN,                                       :

        Plaintiffs,                                    :

v.                                                          :

FIFTH ON THE PARK CONDO, LLC   :
EYTAN BENYANIN and                        :
ROBERT EZRAPOUR,                          :

        Defendants.                                :
-----------------------------------------------------------X

**NOTICE IS HEREBY GIVEN THAT** Plaintiffs Lola Bodansky, Steve Bergen and Lynne Schalman hereby jointly appeal to the United States Court of Appeal for the Second

#3257283 (153642.001)

Circuit pursuant to FED. R. APP. PROC. 3(b)(1) from the Judgment of The Honorable Denise L. Cote, U.S.D.J. that defendants, Fifth on the Park Condo, LLC, Eytan Benyanin, and Robert Ezrapour, are exempt from the Interstate Land Sales Full Disclosure Act's registration and disclosure requirements pursuant to the 100 Lot Exemption, 15 U.S.C. §1702(b)(1) and the Improved Lot Exemption, 15 U.S.C. §1702(a)(2), and dismissing Plaintiffs' claims for rescission of their purchase agreements, return of their deposits and interest, and payment of attorneys' fees, entered in this action on the 30th day of January, 2010 (Docket No. 23).

WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys for Plaintiffs Lola Bodansky, Steve Bergen and Lynne Schalman

By: _____
LAWRENCE C. WEINER, ESQ.

Dated: February 22, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 2 FEB 2010

**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
732-636-8000
*Attorneys for Plaintiffs*
Lawrence C. Weiner, Esq. (LW-1492)
Alan Wasserman, Esq. (AW-3667)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
LOLA BODANSKY,                          :      No. 09 CV 4651 (DLC)
                                        :
             Plaintiff,                 :
                                        :
    v.                                  :      **NOTICE OF APPEAL**
                                        :
FIFTH ON THE PARK CONDO, LLC            :
EYTAN BENYANIN and                      :
ROBERT EZRAPOUR,                        :
                                        :
             Defendants.                :
-----------------------------------------------------------X
STEVE BERGEN and LYNNE                  :      No. 09 CV 6433 (DLC)
SCHALMAN,                               :
                                        :
             Plaintiffs,                :
                                        :
    v.                                  :
                                        :
FIFTH ON THE PARK CONDO, LLC            :
EYTAN BENYANIN and                      :
ROBERT EZRAPOUR,                        :
                                        :
             Defendants.                :
-----------------------------------------------------------X

**NOTICE IS HEREBY GIVEN THAT** Plaintiffs Lola Bodansky, Steve Bergen and Lynne Schalman hereby jointly appeal to the United States Court of Appeal for the Second

#3257283 (153642.001)

Circuit pursuant to FED. R. APP. PROC. 3(b)(1) from the Judgment of The Honorable Denise L. Cote, U.S.D.J. that defendants, Fifth on the Park Condo, LLC, Eytan Benyanin, and Robert Ezrapour, are exempt from the Interstate Land Sales Full Disclosure Act's registration and disclosure requirements pursuant to the 100 Lot Exemption, 15 U.S.C. §1702(b)(1) and the Improved Lot Exemption, 15 U.S.C. §1702(a)(2), and dismissing Plaintiffs' claims for rescission of their purchase agreements, return of their deposits and interest, and payment of attorneys' fees, entered in this action on the 30th day of January, 2010 (Docket No. 23).

WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys for Plaintiffs Lola Bodansky, Steve Bergen and Lynne Schalman

By: _____
LAWRENCE C. WEINER, ESQ.

Dated: February 22, 2010